**UNITED STATES FIDELITY & GUARANTY COMPANY v. O. R. HUGHES et al.**

No. 3324.

Circuit Court of Appeals, Tenth Circuit.

May 23, 1946.

A. S. Wells, of Seminole, Okl., for appellant.

Allen G. Nichols and Hubert Hargrave, both of Wewoka, Okl., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.